Angela E. Sanders
601 Napa Ave
Rodeo, CA 94572
510-852-9320
Angela.sanders13@gmail.com

FILED

OCT 22 2025 JJ

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>ANGELA ELEANOR SANDERS,<br><br>      Debtor. | Case No.: 25-41255-CN<br><br>Chapter 13<br><br>**DEBTOR'S MOTION FOR RECONSIDERATION AND REQUEST FOR HEARING AND MOTION SHORTENING TIME AND DECLARATION IN SUPPORT**<br><br>**DATE**: October 28, 2025<br>**TIME**: 1:30 pm<br>**LOCATION**: COURTROOM 215<br><br>United States Bankruptcy Court<br>Northern District of California<br>Oakland Division<br>1300 Clay Street<br>Oakland, CA 94604-1426<br><br>**BEFORE**: The Honorable Charles D. Novack |

TO THE HONORABLE JUDGE OF THE UNITED STATES BANKRUPTCY COURT, THE
CHAPTER 13 TRUSTEE, AND ALL INTERESTED PARTIES:

3
MOTION FOR RECONSIDERATION

# MOTION FOR RECONSIDERATION

Debtor Angela E. Sanders respectfully moves this Court to reconsider the Order Granting Relief from Stay pursuant to Federal Rule of Bankruptcy Procedure 9023 (incorporating Fed. R. Civ. P. 59) and/or Rule 9024 (incorporating Fed. R. Civ. P. 60).

## I. GROUNDS FOR RECONSIDERATION

1. Pending Plan Confirmation and Good Faith Compliance:

   At the time the Order Granting Relief from Stay was entered, the Debtor was in the process of amending and finalizing her Chapter 13 plan in good faith. The Debtor relied on prior Court statements indicating that additional guidance would be provided before a final ruling on stay relief.

2. Excusable Delay and Substantial Compliance:

   Any delay in the filing or amendment of the plan was minimal and excusable. The Debtor has since filed the amended Chapter 13 plan and set the confirmation hearing for October 28, 2025, demonstrating her ongoing intent to complete the reorganization and maintain payments under the plan.

3. Judicial Economy and Consistency with Chapter 13 Purpose:

   Reconsideration of the stay relief order will prevent duplicative proceedings, preserve the Debtor's ability to reorganize, and maintain consistency with the overarching policy of Chapter 13 to allow debtors to retain their homes while curing defaults through a confirmed plan.

## II. LEGAL STANDARD

-4-
MOTION FOR RECONSIDERATION

Under FRBP 9023 and 9024, a court may alter or amend an order to correct clear error, prevent manifest injustice, or consider newly presented evidence. Here, reconsideration is warranted because the Debtor has cured the procedural deficiencies and acted diligently to bring the amended plan forward before the upcoming confirmation hearing.

## III. RELIEF REQUESTED

The Debtor respectfully requests that this Court:

1. Vacate or suspend the Order Granting Relief from Stay pending further hearing;
2. Consolidate this motion with the confirmation hearing set for October 28, 2025; and
3. Grant any further relief deemed just and proper.

## MOTION FOR ORDER SHORTENING TIME

Debtor requests that this motion be heard on shortened time so that it may be considered concurrently with the confirmation hearing on October 28, 2025, to avoid unnecessary duplication and potential prejudice to the Debtor's ongoing efforts to confirm her plan.

DATED: October 22, 2025

ANGELA E SANDERS
In Pro Per

-5-
MOTION FOR RECONSIDERATION